IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RAY E. TOLER & WILLIAM T. TOLER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | 5:04CV45 (DF) |
| | : | |
| ENGELHARD CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

As directed by the Court, Defendant produced the documents associated with lease thirty-seven.  The Court has reviewed these documents and has determined Plaintiffs are entitled to a redacted copy.  The 1974 lease concerns the same piece of property at issue in the 1964 lease, and the two leases appear to have been written using the identical form.  The differences between the two leases concern price terms, dates for mining and the duration of the lease, and the conditions for reclaiming the parcel of land.  The parties are also different, however, Englehard had succeeded the interests of the original lessor and the heirs of the original lessee, J. Herbet Holliman, are the lessees in the 1974 lease.  Furthermore, the 1974 lease does not mention the 1964 lease, giving no indication of whether the 1964 lease was revoked or amended.

Consequently, the Court is unable to find that the 1974 document is entirely unrelated to and separate from the 1964 lease. Therefore, Defendant is directed to provide Plaintiff a redacted copy of the 1974 lease documents that were provided to the Court for *in camera* review.

SO ORDERED, this 26th day of May, 2005.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has