IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RAY E. TOLER & WILLIAM T. TOLER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | 5:04CV45 (DF) |
| | : | |
| ENGELHARD CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

    This matter is again before the Court on a discovery-related issue, Defendant's Motion to Amend the May 26, 2005 Order of the Court (tab 67).  The Court was unable to find that the 1974 document was entirely unrelated to and separate from the 1964 lease. Because the Court was unable to determine that the two documents were separate and independent of each other, it was unable to rule out the possibility that the 1974 document was an amendment to the 1964 lease, and ordered Defendant to produce the 1974 documents to Plaintiffs.

    Since the Court's May 26, 2005 Order, Defendant has uncovered additional documents that demonstrate that the 1964 lease was terminated in 1965.  This information conclusively establishes that the 1974 document is not an amendment to the 1964 lease.

Consequently, Plaintiffs are not entitled to receive the 1974 lease documents from Defendant.

The Court's Order of May 26th 2005 is **AMENDED**. Defendant need not provide Plaintiffs with a copy of the documentation regarding lease 37.

SO ORDERED, this 20th day of June, 2005.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has